# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MERRITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LAGUNA BEACH, et al,<br><br>　　　　　Defendants.<br>_____ | NO. SACV 19-2437-CJC (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the action is DISMISSED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: July 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE