JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL MERRITT, | ) | NO. SACV 19-2437-CJC (KS) |
| **Plaintiff,** | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CITY OF LAGUNA BEACH, et al, | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 6, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1